1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

CLARENCE EDWARD HARRIS,

No.  2:25-CV-1596-DMC

12

Plaintiff,

13

v.

ORDER

14

COMMISSIONER OF SOCIAL
SECURITY,

15

16

Defendant.

17

18

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final

19

decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the

20

Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Also before the

21

Court is Plaintiff's motion for leave to access the court's E-filing system, ECF No. 3.

22

Plaintiff has submitted the affidavit required by § 1915(a) showing that Plaintiff is

23

unable to prepay fees and costs or give security therefor.  The request to proceed in forma

24

pauperis will, therefore, be granted.  See 28 U.S.C. § 1915(a).  Plaintiff has also demonstrated that

25

he is eligible for the exception to the court's local rule requiring pro se litigants to file documents

26

in paper.  Plaintiff's request for E-filing privileges will also be granted.

27

/ / /

28

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's request to proceed in forma pauperis, ECF No. 2, is granted.

2.    The Clerk of the Court is directed to issue a summons for this case.

3.    Service on Defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of the Court shall deliver to the Commissioner of Social Security and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint; the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order; this order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

4.    The Clerk of the Court is directed to serve on Plaintiff the undersigned's scheduling order in social security cases.

5.    Plaintiff's request for E-filing access, ECF No. 3, is granted and the Clerk of the Court is directed to designate Plaintiff as an authorized pro se E-filer.

Dated:  June 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2